# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITHOCRETE, INC.,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>SINGLE EAGLE, INC., d/b/a CONCRETE CONTRACTORS INTERSTATE; and DOES 1 through 5, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 14-cv-685 H (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 30] |

On February 24, 2015, the parties filed a joint motion to dismiss. (Doc. No. 30.) For good cause shown, the Court grants the parties' joint motion and dismisses the action with prejudice. Fed. R. Civ. P. 41(a). The Court further orders that the parties will bear their own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action. The Court directs the clerk to close this case.

**IT IS SO ORDERED.**

DATED: February 24, 2015

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT